■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN G. HOUGHTALIN, Appellant. [722 NYS2d 191] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Livingston County Court, Alonzo, J.— Attempted Escape, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Hayes, Wisner and Kehoe, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN E. KWIATKOWSKI, Appellant, v GARY F. HODGES, as Superintendent of Gowanda Correctional Facility, Respondent. [722 NYS2d 191] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Michalek, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Pine, Hayes, Wisner and Kehoe, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. ROGERS, JR., Appellant. (Appeal No. 1.) [715 NYS2d 353] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Ark, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pigott, Jr., P. J., Pine, Hayes, Wisner and Kehoe, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. ROGERS, JR., Appellant. (Appeal No. 2.) [715 NYS2d 353] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Ark, J.—Criminal Possession Weapon, 2nd Degree.) Present—Pigott, Jr., P. J., Pine, Hayes, Wisner and Kehoe, JJ.